02/15/2006 16:22 FAX 7034481834   PETERSON NOLL & GOODMAN   ☒002

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

JULIAN P. GEHMAN

    Plaintiff,

v.

SELZER GURVITCH RABIN & OBECNY, CHTD., et al.;

    Defendants.



Civil Action No. 06-0000548

Calendar 12

Judge Morin

Next Event:  Scheduling Conference
May 5, 2006

**CONSENT MOTION
FOR LEAVE TO PAY MONEY INTO REGISTRY
AND DISMISS DEFENDANT BERNARD E. GOODMAN**

    Plaintiff, Julian P. Gehman, and Defendant, Bernard E. Goodman, hereby move this Court for an Order granting leave for Defendant Goodman to deposit with the Court the sum of $35,210.85. These parties further request that the Court dismiss Defendant Goodman from this action, with prejudice.

    Defendant Goodman is the stakeholder of these funds, which are claimed by Plaintiff Julian Gehman and Defendant Selzer Gurvitch Rabin & Obecny, Chtd. In consideration for his dismissal from this action, Defendant Goodman hereby relinquishes any right, title or interest in said sum of $35,210.85.

    Both Plaintiff Gehman and Defenant Goodman consent to the relief requested herein. None of the other defendants have entered their appearance, so their consent is not necessary. Defendant Selzer Gurvitch Rabin & Obecny, Chtd. has been advised of this motion and does not object.

Super Ct. Civ. R. 41(a).

02/15/2006 16:22 FAX 7034481891   PETERSON NOLL & GOODMAN   ☒003

Respectfully Submitted,

*[signature]*

Bernard E. Goodman, *pro se*
8214-C Old Courthouse Road
Vienna, VA 22182
Phone: (703) 442-3890
*Defendant*

*[signature]*

Julian P. Gehman, *pro se*
910 17th Street, N.W., Suite 800
Washington, D.C. 20006
Phone: (202) 223-1177
*Plaintiff*

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Super. Ct. Civ. R. 67.

2. Super. Ct. Civ. R. 41(a).

*[signature]*

Bernard E. Goodman, *pro se*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Consent Motion for Leave to Pay Money into Registry and Dismiss Defendant Bernard E. Goodman** was mailed, postage prepaid, this 15th day of February, 2006 to:

>   Julian P. Gehman, *pro se*
>   910 17th Street, N.W., Suite 800
>   Washington, D.C. 20006
>
>   Selzer Gurvitch Rabin & Obecny, Chtd.
>   Daniel A. Ball
>   James G. Dattaro
>   Neil Gurvitch
>   Carlton T. Obecny
>   H. Mark Rabin
>   Robert S. Selzer
>   Elyse L. Strickland
>   4416 East West Highway, 4th Floor
>   Bethesda, MD 20814

_____
Bernard E. Goodman, *pro se*

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

JULIAN P. GEHMAN

    Plaintiff,

v.

SELZER GURVITCH RABIN &
OBECNY, CHTD., et al.,

    Defendants.

Civil Action No. 06-0000548

Calendar 12
Judge Morin

## ORDER
### GRANTING LEAVE TO PAY MONEY INTO REGISTRY AND DISMISSING DEFENDANT BERNARD E. GOODMAN

Upon consideration of the Consent Motion for Leave to Pay Money into Registry and Dismiss Defendant Bernard E. Goodman, it is this ____ day of _____, 2006,

ORDERED that the Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that leave is given to Defendant Goodman to deposit with the Court the sum of $35,210.85; and it is

FURTHER ORDERED that Defendant Goodman is hereby dismissed with prejudice, with each party to bear its own costs.

                                                                         _____
                                                                         Superior Court Judge

cc:
Bernard E. Goodman
8214-C Old Courthouse Road
Vienna, VA 22182

(continued next page)

Julian P. Gehman
910 17th Street, N.W., Suite 800
Washington, D.C. 20006

Selzer Gurvitch Rabin & Obecny, Chtd.
Daniel A. Ball
James G. Dattaro
Neil Gurvitch
Carlton T. Obecny
H. Mark Rabin
Robert S. Selzer
Elyse L. Strickland
4416 East West Highway, 4th Floor
Bethesda, MD 20814