SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

JULIAN P. GEHMAN           :
                           :
    Plaintiff,             :
                           :   Civil Action No. 06-0000548
v.                         :
                           :   Calendar 12
                           :   Judge Morin
SELZER GURVITCH RABIN &    :
OBECNY, CHTD., et al.,     :   Next Event: Initial Scheduling Conference
                           :                May 5, 2006
    Defendants.            :

RECEIVED
Civil Clerk's Office
FEB 23 2006
Superior Court of the
District of Columbia
Washington, D.C.

## DISCLOSURE STATEMENT

Defendant, Selzer Gurvitch Rabin & Obecny, Chtd., states that it has no parent corporation nor does any publicly held corporation own ten percent or more of its stock. By filing this statement, defendant does not waive its contention that it has not been properly served in this case.

Respectfully Submitted,

JORDAN COYNE & SAVITS, LLP

By: _____
John Tremain May #294199
1100 Connecticut Ave., N.W.
Suite 600
Washington, D.C. 20036
(202) 496-2805

Attorneys for Selzer Gurvitch Rabin & Obecny, Chtd.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Disclosure Statement** was mailed, postage prepaid, this 23rd day of February, 2006 to:

Julian P. Gehman, Esquire
910 17th Street, N.W., Suite 800
Washington, D.C. 20006

Bernard E. Goodman, Esquire
8214-C Old Courthouse Road
Vienna, VA 22182

_____
John Tremain May