## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

JULIAN P. GEHMAN

    Plaintiff,

v.

SELZER GURVITCH RABIN &
OBECNY, CHTD., et al.,

    Defendants.

Civil Action No. 06-0000548

Calendar 12
Judge Morin

## ORDER
### GRANTING LEAVE TO PAY MONEY INTO REGISTRY AND DISMISSING DEFENDANT BERNARD E. GOODMAN

Upon consideration of the Consent Motion for Leave to Pay Money into Registry and Dismiss Defendant Bernard E. Goodman, it is this 21st day of February, 2006,

ORDERED that the Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that leave is given to Defendant Goodman to deposit with the Court the sum of $35,210.85; and it is

FURTHER ORDERED that Defendant Goodman is hereby dismissed with prejudice, with each party to bear its own costs.

                                                         Superior Court Judge

cc:
Bernard E. Goodman
8214-C Old Courthouse Road
Vienna, VA 22182

DOCKETED In Chambers   FEB 2 4 2006

MAILED From Chambers   FEB 2 4 2006



(continued next page)

Julian P. Gehman
910 17th Street, N.W., Suite 800
Washington, D.C. 20006

Selzer Gurvitch Rabin & Obecny, Chtd.
Daniel A. Ball
James G. Dattaro
Neil Gurvitch
Carlton T. Obecny
H. Mark Rabin
Robert S. Selzer
Elyse L. Strickland
4416 East West Highway, 4th Floor
Bethesda, MD 20814