## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

JULIAN P. GEHMAN,

             Plaintiff,

v.

SELZER GURVITCH RABIN & OBECNY, CHTD., et al.,

             Defendants.

Civil Action No. 06-0000548

RECEIVED
Civil Clerk's Office
MAR 06 200*
Superior Court of the
District of Columbia
Washington, D.C.

### PRAECIPE

The Clerk will please note that pursuant to the Order of Judge Morin Granting Leave to Pay Money into Registry and Dismissing Defendant Bernard E. Goodman, which is attached, Bernard E. Goodman hereby deposits the sum of $35,210.85 into this Court by Peterson Noll & Goodman, PLC trust check No. 4272.

Respectfully Submitted,

*/s/ Bernard E. Goodman*

Bernard E. Goodman, Esquire, DCB #096339
Peterson Noll & Goodman PLC
8214-C Old Courthouse Road
Vienna, VA 22182
Phone: (703) 442-3890
Facsimile: (703) 448-1834
*Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2006 a true and correct copy of the foregoing Praecipe was sent via facsimile and U.S. first class mail, postage pre-paid, to:

Mr. Julian P. Gehman
910 17th Street, N.W., Suite 800
Washington, DC 20006
Facsimile: (202) 955-1177

John T. May, Esq.
Jordan Coyne & Savits, LLP
1100 Connecticut Ave., N.W.
Suite 600
Washington, D.C. 20036
Facsimile: (202) 496-2800

Bernard E. Goodman, Esquire