SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JULIAN P. GEHMAN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-0000548 |
| ) | |
| SELZER GURVITCH, et al. ) | |
| ) | |
| Defendants ) | |
| ) | |

## AFFIDAVIT

I, Julian P. Gehman, being duly sworn, state as follows:

1. I am over 18 years of age and have personal knowledge as to the matters stated herein.

2. I am an attorney, member of the bars of DC and Maryland, and member of the law firm of Gehman Law PLLC.

3. Selzer, Gurvitch, Rabin & Obecny, Chtd. (hereinafter, "SGRO") is a Maryland corporation that transacts business in the District of Columbia. Specifically, in connection with the above-referenced lawsuit, SGRO represented me in a previous lawsuit and committed malpractice, improperly asserted a lien against my settlement proceeds, improperly disclosed client secrets and defamed me in my practice of law in the District of Columbia.

4. SGRO's last known address was 4416 East West Highway, 4th Floor, Bethesda, Maryland 20814.

5. I made inquiry at the D.C. Department of Consumer and Regulatory Affairs regarding the current status of SGRO in the District of Columbia. SGRO is not currently

registered to do business in the District of Columbia and does not have a registered agent in the District of Columbia according to Mr. Henry, who was identified as working in the D.C. Department of Consumer and Regulatory Affairs.

6.     Pursuant to D.C. Code § 29-101.108(c), "If any foreign corporation shall transact business in the District without a certificate of authority, it shall, by transacting such business, be deemed to have thereby appointed the Mayor as its agent and representatives upon whom any process, notice or demand may be served." D.C. Code § 29-101.18(c).

I HEREBY DECLARE AND AFFIRM under penalties of perjury that the foregoing Affidavit is true and correct.

_____
Julian P. Gehman

DISTRICT OF COLUMBIA

Before me, __Lorraine Brown__, a Notary Public, in and for the District of Columbia, personally appeared Julian P. Gehman, and being first duly sworn by me upon her oath, says that the facts alleged in the foregoing Affidavit are true.

_Lorraine Brown_
__Lorraine Brown__, Notary Public

My Commission Expires:     LORRAINE BROWN
NOTARY PUBLIC, DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES JULY 31, 2007

2