UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JULIAN P. GEHMAN : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | |
| SELZER GURVITCH RABIN & : | |
| OBECNY, CHTD., et al., : | |
| : | |
| Defendants. : | |

CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Selzer Gurvitch Rabin & Obecny, Chtd., certify to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Selzer Gurvitch Rabin & Obecny, Chtd. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully Submitted,

JORDAN COYNE & SAVITS, LLP


By:  /s/ John Tremain May
    John Tremain May #09297
    1100 Connecticut Ave., N.W.
    Suite 600
    Washington, D.C.  20036
    (202) 496-2805
    Attorneys of Record for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, was mailed, postage prepaid, this _23rd_ day of March, 2006 to:

>Julian P. Gehman, Esquire
>910 17th Street, N.W., Suite 800
>Washington, D.C. 20006

>   /s/ John Tremain May
>John Tremain May