UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| JULIAN P. GEHMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:06CV00481 |
| | : | |
| SELZER GURVITCH RABIN & OBECNY, CHTD., et al., | : | Judge Gladys Kessler |
| | : | |
| Defendants. | : | |

NOTICE OF FILING

The Clerk of Said Court will please accept the attached Reply Brief for filing in the above-captioned action. The attached Reply Brief responds to an Opposition to a Motion to Dismiss. Both the Opposition and the Motion to Dismiss were filed in the Superior Court of the District of Columbia before this action was removed to this Court. The Motion to Dismiss was not decided in the Superior Court and remains pending. Because of a technical problem, undersigned counsel was unable to access the Court's ECF Web site and therefore filed a paper copy of this Reply Brief after hours on March 20, 2006.

On March 21, 2006, the Clerk's Office notified undersigned counsel that the document should be filed electronically. By that time, undersigned counsel was able to log on to the ECF Web site, but was unable to file this document as a "Reply." Instead, the ECF system sent a message stating, "There are no applicable events to relate to the current event. Docketing of this event cannot continue." Apparently, the system does not have a record of the Motion to Dismiss and Opposition, although copies were attached to the Notice of Removal. To resolve this problem, defendants are attaching the Reply Brief to this Notice of Filing.

Respectfully Submitted,

JORDAN COYNE & SAVITS, LLP


By:   /s/ John Tremain May
     John Tremain May #09297
     1100 Connecticut Ave., N.W.
     Suite 600
     Washington, D.C.  20036
     (202) 496-2805

     Attorneys for Defendants


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Filing was mailed, postage prepaid, this 22nd day of March, 2006 to:

     Julian P. Gehman, Esquire
     910 17th Street, N.W., Suite 800
     Washington, D.C. 20006

       /s/ John Tremain May
     John Tremain May