06-481 (GK)

# 2 New Address.PDF

RECEIVED

MAR 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

JULIAN P. GEHMAN            )
                            )
                Plaintiff   )
                            )
        v.                  )    Civil Action No. 06-0000548
                            )
SELZER GURVITCH, et al.     )
                            )
                Defendants  )
                            )



RECEIVED
Civil Clerk's Office
FEB 02 2006
Superior Court of the
District of Columbia
Washington, D.C.

## PRAECIPE

Note that, effective immediately, Plaintiff's address and telephone number are as follows.

> Julian P. Gehman
> 910 17th Street, N.W., Suite 800
> Washington, DC 20006
> (202) 223-1177 telephone
> (202) 955-1177 facsimile

Respectfully submitted,

_____
Julian P. Gehman, *pro se*
910 17th Street, N.W., Suite 800
Washington, DC 20006
(202) 223-1177 telephone
(202) 955-1177 facsimile
D.C. Bar No. 447673

DATED: February 2, 2006

## CERTIFCATE OF SERVICE

I hereby certify that on February 2, 2006, I caused to be served copies of the foregoing Praecipe via first class U.S. mail, postage prepaid, on the following parties.

SELZER GURVITCH RABIN & OBECNY, CHTD.
DANIEL A. BALL
JAMES G. DATTARO
NEIL GURVITCH
CARLTON T. OBECNY
H. MARK RABIN
ROBERT S. SELZER
ELYSE L. STRICKLAND
4416 East West Highway, 4th Floor
Bethesda, Maryland 20814

BERNARD E. GOODMAN
Peterson Noll & Goodman
8214-C Old Courthouse Road
Vienna, Virginia 22182

_____
Julian P. Gehman